

# U.S. District Court

## Florida Southern - West Palm Beach

Receipt Date: Apr 1, 2024 4:21PM

Dr. Jeff Isaacs

Rcpt. No: 8838 Trans. Date: Apr 1, 2024 4:21PM Cashier ID: #ME

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.