Jeffrey D. Isaacs, M.D.
11482 Key Deer Circle
Wellington, FL 33449
212-257-0737
jeffreydi@gmail.com



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR JEFF ISAACS<br><br>           Plaintiff,<br><br>vs.<br><br>GOOGLE LLC<br><br>           Defendant. | Case No. 24-cv-80395-RLR-BER<br><br>**SERVICE STATUS UPDATE** |

## SERVICE OF PROCESS STATUS UPDATE FOR MAY 2024

1. This notice update is filed pursuant to the Court's order dated April 11, 2024 (DE 6). Attached is the spreadsheet summary that conforms to Local Rules. As detailed on that document, at this point Plaintiff has requested Google LLC voluntarily participate in ADR Mediation. No response is available at time of this filing. No formal attempt at service has been attempted. Google is an interested party in a related case in this district (23-cv-81393-DSL-BER), and notice of this lawsuit has been filed in that case. Therefore, upon information and belief, Google LLC is constructively aware of this lawsuit since April 1, 2024.

2. Plaintiff will update the Court accordingly.

Respectfully submitted, this 30th day of April 2024.

*[signature]*
Jeffrey D. Isaacs, M.D.
11482 Key Deer Circle
Wellington, FL 33449
212-257-0737
jeffreydi@gmail.com

## Service of Process Status Report

**Date of Report: May 1, 2024**

| Defendant Name | Summonses Issued | Service Attempted | Service Made | Answer Due | Appearance |
|---|---|---|---|---|---|
| Google LLC | 4/1/24 | | | | |

### Defendant-Specific Notes

| | |
|---|---|
| Google LLC | Awaiting Google's response as to ADR/Mediation participation |

ISAACS
1482 Key Deer Cir
Wellington, FL 33449

Paul G. Rogers USDC
701 Clematis Street
Courtroom 2

West Palm Beach, FL 33401