Jeffrey D. Isaacs, M.D.
11482 Key Deer Circle
Wellington, FL 33449
212-257-0737
jeffreydi@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR JEFF ISAACS<br><br>        Plaintiff,<br><br>vs.<br><br>GOOGLE LLC<br><br>        Defendant. | Case No. 24-cv-80395-RLR-BER<br><br>**SERVICE STATUS UPDATE**<br><br> |

## SERVICE OF PROCESS STATUS UPDATE FOR JUNE 2024

1. This notice update is filed pursuant to the Court's order dated April 11, 2024 (DE 6). Attached is the spreadsheet summary that conforms to Local Rules.

2. There is currently a dispute with Google as to whether or not they were served. Plaintiff is awaiting General Counsel for Google to reply to his email dated May 30, 2024 (attached).

3. Approximately six months ago, Mr. Andrew Takahashi Kramer, of Wilson Sonsini, directed Plaintiff to cease communication with Google General Counsel concerning this matter. As such, Plaintiff served Mr. Takahashi Kramer, via ECF in a related case, with notice of this lawsuit.

4. Attorney Takahashi Kramer now disputes he ever blocked Plaintiff from contacting General Counsel or their agents. Plaintiff, on the other hand, asserts Kramer and Google have defaulted on an answer. The underlying complaint concerns a patent that operates under the presumption of validity.

5. Plaintiff will update the Court accordingly.

Respectfully submitted, this 31st day of May 2024.

*Jeffrey D. Isaacs*
Jeffrey D. Isaacs, M.D.
11482 Key Deer Circle
Wellington, FL 33449
212-257-0737
jeffreydi@gmail.com

Service of Process Status Report

**Date of Report: May 1, 2024**

| **Defendant Name** | **Summonses Issued** | **Service Attempted** | **Service Made** | **Answer Due** | **Appearance** |
|---|---|---|---|---|---|
| Google LLC | 4/1/24 | | Disputed | | |

**Defendant-Specific Notes**

Google LLC    5/31 - Awaiting Google General Counsel response as to Default, ADR/Mediation participation
5/1 - Mr. Takahashi Kramer emailed concerning Default, Mediation.
January - Takahashi-Kramer demand letter that Plaintiff not contact Google or their agents.

6/1/24, 12:08 AM
Case 9:24-cv-80395-RLR    Document 11    Entered on FLSD Docket 06/11/2024    Page 4 of 7
Gmail - Request for Clarification and Proposal for ADR in Case 24-cv-80395-RLR



# Gmail

Jeff I <safecaller.com@gmail.com>

## Request for Clarification and Proposal for ADR in Case 24-cv-80395-RLR
3 messages

**Jeffrey** <safecaller.com@gmail.com>   Thu, May 30, 2024 at 8:00 AM
To: internationalcivil@google.com, uslawenforcement@google.com, Gabrielle Bricker <gbricker@google.com>, "Kramer, Andrew" <akramer@wsgr.com>, Keith Mathews <Keith@awplegal.com>
Cc: "hdelaine@google.com" <hdelaine@google.com>, msucherman@google.com, "mhollander@google.com" <mhollander@google.com>, lsheridan@google.com

Dear Google Counsel,

I am writing regarding the federal complaint filed in April 2024, in the USDC for Southern Florida, under case number 24-cv-80395-RLR. This complaint was initially served to Attorney Andrew Kramer of Wilson Sonsoni on April 3, following your direction to my attorney, Mr. Keith Mathews, to address all related litigation correspondence to Mr. Kramer.

Recently, Mr. Kramer has informed us that he was not authorized to accept service on behalf of Google, and he denies that Google is in default for failing to respond within the required twenty days post-service. This position is under dispute and might lead to a motion for the clerk's entry of default if unresolved.

Moreover, Mr. Kramer has advised that he no longer represents Google in this matter and has redirected all communications back to General Counsel. I have attached a copy of the lawsuit to this email for your review and records.

Additionally, I would like to address the ongoing issue with OKCaller, which has been comprehensively revamped and continues to be the sole Web Caller ID service authorized under the applicable US Reissue patent. Despite these developments, Google has not provided an explanation for its continued sponsorship (via Adsense) of infringing sites and the removal of OKCaller from search engine results pages on Thanksgiving 2022. With our latest update that includes a new Google Login social user experience, we assert that OKCaller offers the safest and most effective Caller ID reference interface available. This should be a utility available to the general US public, rather than the copy-cats which have unsafe (or worse) implementation of Caller ID.

In an effort to resolve these matters amicably, I remain amenable to entering Alternative Dispute Resolution (ADR) or mediation. This could prevent further litigation and offer a platform for constructive dialogue. Please let us know within one week whether Google is willing to waive formal service and engage in ADR or mediation, allowing sixty days to explore a potential resolution.

Thank you for your attention to this matter, and I look forward to your timely response.

Best regards,
Jeff Isaacs

> On Tue, Feb 14, 2023 at 1:47 AM Jeffrey <safecaller.com@gmail.com> wrote:
>> Via Email and Fax: 650-249-3429
>>
>> Dear Google:
>>
>> OkCaller appreciated working with Google over nearly a decade, bringing free caller ID to over 300 million user sessions. Our phone safety directory is the most transparent of its kind, with its data source algorithms specified in U.S. Patent RE48,847. Google Adsense recognized us as a strategic partner back in 2015, and we have enjoyed numerous opportunities to collaborate with the AdSense team.
>>
>> In light of Google's November 23, 2022 termination of search indexing for OKCaller, and having spent a decade working to ensure the availability of free Caller Name ID to the general public, we have little choice but to proceed with the attached Sherman Act process.
>>
>> We are providing Google LLC and Alphabet an opportunity to review and comment on the proposed complaint for filing in the United States District Court. We again request your confirmation that our

 Gmail

Jeffrey D I <jeffreydi@gmail.com>

## RE: 24-cv-80395-RLR Isaacs v. Google LLC
1 message

**Kramer, Andrew** <akramer@wsgr.com>  Wed, May 1, 2024 at 9:35 PM
To: Jeffrey <jeffreydi@gmail.com>, Keith Mathews <Keith@awplegal.com>

Dr. Isaacs,

I object to your characterization of our understanding that you would direct correspondence regarding the subpoenas that you issued in the *Keller Williams* case through counsel. I do not represent Google in the above-captioned matter, which I understand from your message has not been served. If you wish to serve Google in that matter through proper channels, you remain free to do so.

Andrew

---

**From:** Jeffrey <jeffreydi@gmail.com>
**Sent:** Wednesday, May 1, 2024 1:22 PM
**To:** Kramer, Andrew <akramer@wsgr.com>; Keith Mathews <Keith@awplegal.com>
**Subject:** 24-cv-80395-RLR Isaacs v. Google LLC

EXT - jeffreydi@gmail.com

### 24-cv-80395-RLR Isaacs v. Google LLC

Mr. Kramer:

I trust that you are aware of the above captioned case, as it has been mentioned in filings on ECF in case 23-cv-81393.

You have directed me not to contact your client, Google LLC, for any legal matters. As such, I have been unable to serve them. Nonetheless you and your client have been constructively served with the lawsuit, because of your appearance in the KW case. I reserve the right to file for default, since you have not answered the Complaint for over 20 days, and have blocked me from serving the summons.

I am however amenable to engaging in ADR mediation to discuss these claims, and if your client agrees, I will permit a Waiver of Service to be filed for a 60 day period during which ADR occurs. Please let me know if your client is interested in that route, as opposed to a motion for default. I should also note that I anticipate amending the claims to include Sherman Act violations which I am currently researching and finalizing.

Alternatively, if you are not representing your client in this case, I request you immediately lift your directive to me not to contact them, so that I may contact them about the Motion for Entry of Default and Default Judgment.

Please respond to these requests within 72 hours or I will need to advise the Court of the situation.

Thank you,

Jeffrey Isaacs

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

Jeff Isaacs
31 Hunt Valley Ln
Berwyn, PA 19312



WILMINGTON DE 197
MON 03 JUN 2024 PM

USMS INSPECTED
BY _____

Paul G. Rogers USDC
701 Clematis Street
Courtroom 2
West Palm Beach, FL
              33401