AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED BY __NC__ D.C.

JUL 08 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Civil Action No. 9:24-CV-80395-RLR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **GOOGLE LLC**
was received by me on *(date)* **06/25/2024**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CORPORATION SERVICE COMPANY AS REGISTERED AGENT, ACCEPTED BY: LYNANNE GARES (MANAGING AGENT EMPLOYED BY REGISTERED AGENT)**, who is designated by law to accept service of process on behalf of *(name of organization)* **GOOGLE LLC AT 251 LITTLE FALLS DR., WILMINGTON, DE 19808** on *(date)* **06/25/2024 AT 12:15 PM**

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **06/25/2024**

_____
*Server's signature*

**GILBERT DEL VALLE        PROCESS SERVER**
*Printed name and title*

**BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899**
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH DEMAND FOR JURY TRIAL; EXHIBIT A; CIVIL COVER SHEET;

# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| DR. JEFF ISAACS | VS | GOOGLE LLC | 9:24-CV-80395-RLR |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **GILBERT DEL VALLE** being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 06/25/2024

**Service:** I served GOOGLE LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS IN A CIVIL ACTION; COMPLAINT WITH DEMAND FOR JURY TRIAL; EXHIBIT A; CIVIL COVER SHEET;

by leaving with CORPORATION SERVICE COMPANY AS REGISTERED AGENT, ACCEPTED BY: LYNANNE GARES (MANAGING AGENT EMPLOYED BY REGISTERED AGENT) At

☒ Business 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
ADDRESS — CITY / STATE

On 06/25/2024 AT 12:15 PM
DATE — TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE
from _____
CITY — STATE — ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Canceled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE TIME DATE TIME
(3) _____ (4) _____ (5) _____
DATE TIME DATE TIME DATE TIME

Age 55 Sex FEMALE Race WHITE Height 5'5 Weight 150 HAIR BROWN

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD.,
PO BOX 1360, WILMINGTON, DE 19899

SUBSCRIBED AND SWORN to before me this 2ND day of JULY , 2024.

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS



RDC 07

# PRIORITY MAIL EXPRESS

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006    EP13F October 2023

 | PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

Keith A. Mathews Esq
1000 Elm St Suite 800
Manchester, NH 03101

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Paul G. Rogers
Federal Building & Courthouse
701 Clematis St, Court Room 2
West Palm Beach, Florida, 33401

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

⇐ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT**
USPS® Corporate Acct.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ Day
PO ZIP Code: 03101
Date Accepted (MM/DD/YY): 7/2/24
Time Accepted: 1:23 ☐AM ☐PM
Special Handling/Fragile
Weight: ☐ Flat Rate
LABEL 11-B, MAY 2021

