UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-80395-RLR

DR. JEFF ISAACS,

    Plaintiff,

vs.

GOOGLE, LLC,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE, LLC'S**
***UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER comes before the Court on Defendant Google, LLC's ("Google") *Unopposed* Motion for Extension of Time to Respond to Complaint (the "Motion"). The Court having considered the Motion, noting the parties' agreement to the relief requested, and being fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Motion is **GRANTED**.

    2.    Google shall have up to and including August 15, 2024, to respond to the Complaint.

    **DONE and ORDERED** in West Palm Beach, Florida this __ day of July, 2024

_____
**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**

cc: counsel and parties of record