# EXHIBIT B

PTO/AIA/50 (09-14)
Approved for use through 10/31/2016. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# REISSUE PATENT APPLICATION TRANSMITTAL

| | |
|---|---|
| Address to: **Mail Stop Reissue** **Commissioner for Patents** **P.O. Box 1450** **Alexandria, VA 22313-1450** | Attorney Docket No.: ISA-001-RE US |
| | First Named Inventor: Jeffrey D. Isaacs |
| | Original Patent Number: 8,861,698 |
| | Original Patent Issue Date (Month/Day/Year): 10/14/2014 |
| | ~~Express Mail Label No.~~ Filed via EFS-web |

**APPLICATION FOR REISSUE OF:** (Check applicable box)
[✓] Utility Patent   [ ] Design Patent   [ ] Plant Patent

## APPLICATION ELEMENTS (37 CFR 1.173)

1. [✓] Fee Transmittal Form (PTO/SB/56)
2. [✓] Applicant asserts small entity status. See 37 CFR 1.27
3. [ ] Applicant certifies micro entity status. See 37 CFR 1.29. Applicant must attach form PTO/SB/15A or B or equivalent.
4. [✓] Specification and Claims in double column copy of patent format (amended, if appropriate)
5. [✓] Drawing(s) (proposed amendments, if appropriate)
6. [✓] Reissue Oath/Declaration or Substitute Statement (37 CFR 1.175) (PTO/AIA/05, 06, or 07)
7. [✓] Application Data Sheet   NOTE: Benefit claims under 37 CFR 1.78 and foreign priority claims under 37 CFR 1.55 MUST be set forth in an Application Data Sheet (ADS).
8. [✓] Original U.S. Patent currently assigned? [✓] Yes [ ] No (If Yes, check applicable boxes)
   - [✓] Written Consent of all Assignees (PTO/AIA/53)
   - [✓] 37 CFR 3.73(c) Statement (PTO/AIA/96)
9. [ ] CD-ROM or CD-R in duplicate, Computer Program (Appendix) or large table
   - [ ] Landscape Table on CD
10. Nucleotide and/or Amino Acid Sequence Submission (if applicable, items a. – c. are required)
    a. [ ] Computer Readable Form (CRF)
    b. [ ] Specification Sequence Listing on:
       i. [ ] CD-ROM (2 copies) or CD-R (2 copies); or
       ii. [ ] Paper
    c. [ ] Statements verifying identity of above copies

## ACCOMPANYING APPLICATION PARTS

11. [✓] Statement of status and support for all changes to the claims. See 37 CFR 1.173(c).
12. [ ] Power of Attorney
13. [✓] Information Disclosure Statement (IDS) PTO/SB/08 or PTO-1449
    - [✓] Copies of citations attached
14. [ ] English translation of Reissue Oath/Declaration (if applicable)
15. [ ] Return Receipt Postcard (MPEP § 503) (Should be specifically itemized)
16. [✓] Preliminary Amendment (37 CFR 1.173; MPEP § 1453)
17. [X] Other: __IDS Transmittal__

[ ] This is a continuation reissue or divisional reissue application (i.e., a second or subsequent reissue application for the same issued patent). (Check box if applicable.)

## 18. CORRESPONDENCE ADDRESS

[✓] The address associated with Customer Number: 86012   OR   [ ] Correspondence address below

| Name | |
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | |
| Email | |

| Signature | /Edward C Kwok/ | Date | October 7, 2016 |
| Name (Print/Type) | Edward C Kwok | Registration No. | 33,938 |

This collection of information is required by 37 CFR 1.173. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop Reissue, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*