# EXHIBIT D

An official website of the United States government
Here's how you know

Back to home                                      Pay maintenance fees    Download    Print

**15/289,905 | ISA-001-RE US:** Post-Page Caller Name Identification System
PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # |
|---|---|---|---|
| 15/289,905 | 2429 | ISA-001-RE US | RE48,847 |
| | | | Download PDF   Text |
| | | | Issued - 12/07/2021 |

| Filing or 371 (c) date | Status |
|---|---|
| 10/10/2016 | Patented Case 11/17/2021 |

Show/hide menu

## Assignments

Assignment Data does not exist for application 15289905

10 per page            Page 1 of 0

**Disclaimer:** Assignment information on the assignment database reflects assignment documents that have been actually recorded. If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different. If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350.

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

[your@email.com]    Subscribe

About the USPTO  •  Search for patents  •  Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

USPTO UNITED STATES PATENT AND TRADEMARK OFFICE ®

Follow us