# EXHIBIT E

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15/289,905 | Isaacs, Jeffrey D. |
| | Examiner | Art Unit |
| | OVIDIO ESCALANTE | 3992 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| CLAIMS |
|---|

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 07/07/2020 | 07/28/2020 | 08/10/2021 | 10/15/2021 | | | | |
| | 1 | ✓ | ✓ | | - | | | | |
| | 2 | ✓ | ✓ | | - | | | | |
| | 3 | ✓ | ✓ | | - | | | | |
| | 4 | ✓ | ✓ | | - | | | | |
| | 5 | ✓ | ✓ | | - | | | | |
| | 6 | ✓ | ✓ | | - | | | | |
| | 7 | ✓ | ✓ | ✓ | - | | | | |
| | 8 | ✓ | ✓ | ✓ | - | | | | |
| | 9 | ✓ | - | - | - | | | | |
| | 10 | ✓ | ✓ | ✓ | - | | | | |
| | 11 | ✓ | ✓ | ✓ | - | | | | |
| | 12 | ✓ | ✓ | ✓ | - | | | | |
| | 13 | ✓ | ✓ | ✓ | - | | | | |
| | 14 | ✓ | ✓ | ✓ | - | | | | |
| | 15 | ✓ | ✓ | ✓ | - | | | | |
| | 16 | ✓ | ✓ | ✓ | - | | | | |
| | 17 | ✓ | ✓ | ✓ | - | | | | |
| | 18 | ✓ | ✓ | ✓ | - | | | | |
| | 19 | ✓ | ✓ | ✓ | - | | | | |
| | 20 | ✓ | ✓ | ✓ | - | | | | |
| | 21 | ✓ | - | ✓ | - | | | | |
| | 22 | ✓ | ✓ | ✓ | - | | | | |
| | 23 | ✓ | ✓ | ✓ | - | | | | |
| | 24 | ✓ | ✓ | ✓ | - | | | | |
| | 25 | ✓ | ✓ | ✓ | - | | | | |
| | 26 | ✓ | ✓ | ✓ | - | | | | |
| | 27 | ✓ | ✓ | ✓ | - | | | | |
| | 28 | ✓ | ✓ | ✓ | - | | | | |
| | 29 | ✓ | ✓ | ✓ | - | | | | |
| | 30 | ✓ | ✓ | ✓ | - | | | | |
| 7 | 31 | | ✓ | ✓ | = | | | | |
| 8 | 32 | | ✓ | ✓ | = | | | | |
| | 33 | | ✓ | ✓ | - | | | | |
| 9 | 34 | | ✓ | = | = | | | | |
| 10 | 35 | | ✓ | = | = | | | | |
| | 36 | | ✓ | ✓ | - | | | | |
| | 37 | | | ✓ | - | | | | |
| | 38 | | | ✓ | - | | | | |
| | 39 | | | ✓ | - | | | | |
| | 40 | | | ✓ | - | | | | |
| | 41 | | | ✓ | - | | | | |
| | 42 | | | ✓ | - | | | | |