**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

Case No. 9:24-cv-80395-RLR-BER

DR. JEFFREY ISAACS,

   Plaintiff,

v.

GOOGLE LLC,

   Defendant.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Matthew S. Warren of the law firm of Warren Kash Warren; 2261 Market Street, No. 606, San Francisco, California, 94114; +1 (415) 895-2940, for purposes of appearance as co-counsel on behalf of Google LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Matthew S. Warren to receive electronic filings in this case, and in support thereof states as follows:

   1.   Matthew S. Warren is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California, the State Bar of New York and the Bar of the Commonwealth of Massachusetts. Matthew S. Warren is admitted to practice in

the Supreme Court for United States, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Courts for the Northern District of California, the Eastern District of California, the Central District of California, the Southern District of California, the Southern District of New York, the Eastern District of New York, the Eastern District of Texas and the Western District of Texas.

2. Movant, Ana M. Barton, Esquire, of the law firm of Reed Smith, Suite 2600, Miami, Florida, 33131, +1 (786) 747-0200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Matthew S. Warren has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Matthew S. Warren, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Matthew S. Warren at email address: matt@warrenkashwarren.com.

WHEREFORE, Ana M. Barton, moves this Court to enter an Order permitting Matthew S. Warren, to appear before this Court on behalf of Google LLC, for all purposes relating to the

– 3 –

proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Matthew S. Warren.

Date:  August 2, 2024

Respectfully submitted,

By: /s/ Ana M Barton
Ana M. Barton (Florida Bar No. 85721)
REED SMITH LLP
200 South Biscayne Boulevard, Suite 2600
Miami, Florida, 33131
+1 (786) 747-0200
+1 (786) 747-0299 facsimile
abarton@reedsmith.com

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80395-RLR-BER

DR. JEFFREY ISAACS,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

_____

## CERTIFICATION OF MATTHEW S. WARREN

Matthew S. Warren, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California, the State Bar of New York, the Bar of the Commonwealth of Massachusetts, the Supreme Court for United States, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Courts for the Northern District of California, the Eastern District of California, the Central District of California, the Southern District of California, the Southern District of New York, the Eastern District of New York, the Eastern District of Texas and the Western District of

– 2 –

Texas; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Date:  August 1, 2024

_____
Matthew S. Warren
California State Bar No. 230565
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
matt@warrenkashwarren.com

*Counsel for Defendant Google LLC*