**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:24-cv-80395-RLR-BER

DR. JEFFREY ISAACS,

   Plaintiff,

v.

GOOGLE LLC,

   Defendant.

_____

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Madeline A. Woodall of the law firm of Warren Kash Warren; 2261 Market Street, No. 606, San Francisco, California, 94114; +1 (415) 895-2940, for purposes of appearance as co-counsel on behalf of Google LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Madeline A. Woodall to receive electronic filings in this case, and in support thereof states as follows:

    1.    Madeline A. Woodall is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California. Madeline A. Woodall is admitted to practice in the United States District Court for the Northern District of California.

2. Movant, Ana M. Barton, Esquire, of the law firm of Reed Smith, Suite 2600, Miami, Florida, 33131, +1 (786) 747-0200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Madeline A. Woodall has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Madeline A. Woodall, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Madeline A. Woodall at email address: madeline@warrenkashwarren.com.

WHEREFORE, Ana M. Barton, moves this Court to enter an Order permitting Madeline A. Woodall, to appear before this Court on behalf of Google LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Madeline A. Woodall.

Date: August 2, 2024                                       Respectfully submitted,

By: Ana M Barton
Ana M. Barton (Florida Bar No. 85721)
REED SMITH LLP
200 South Biscayne Boulevard, Suite 2600
Miami, Florida, 33131
+1 (786) 747-0200

– 3 –

+1 (786) 747-0299 facsimile
abarton@reedsmith.com

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80395-RLR-BER

DR. JEFFREY ISAACS,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

---

### CERTIFICATION OF MADELINE A. WOODALL

Madeline A. Woodall, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California and the United States District Court for the Northern District of California; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Date: August 1, 2024

                                         /s/ Madeline A. Woodall
                                         Madeline A. Woodall
                                         California State Bar No. 351664
                                         WARREN KASH WARREN LLP
                                         2261 Market Street, No. 606
                                         San Francisco, California, 94114
                                         +1 (415) 895-2940
                                         +1 (415) 895-2964 facsimile
                                         madeline@warrenkashwarren.com

                                         *Counsel for Defendant Google LLC*