**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

Case No. 9:24-cv-80395-RLR-BER

DR. JEFFREY ISAACS,

   Plaintiff,

v.

GOOGLE LLC,

   Defendant.

---

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Erika H. Warren of the law firm of Warren Kash Warren; 2261 Market Street, No. 606, San Francisco, California, 94114; +1 (415) 895-2940, for purposes of appearance as co-counsel on behalf of Google LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Erika H. Warren to receive electronic filings in this case, and in support thereof states as follows:

    1.    Erika H. Warren is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California. Erika H. Warren is admitted to practice in the Supreme Court of the United States, the United States District Court for the

Northern District of California, the United States District Court for the Eastern District of Texas and the United States District Court for the Western District of Texas.

2.  Movant, Ana M. Barton, Esquire, of the law firm of Reed Smith, Suite 2600, Miami, Florida, 33131, +1 (786) 747-0200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Erika H. Warren has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.  Erika H. Warren, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Erika H. Warren at email address: erika@warrenkashwarren.com.

WHEREFORE, Ana M. Barton, moves this Court to enter an Order permitting Erika H. Warren, to appear before this Court on behalf of Google LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Erika H. Warren.

Date: August 1, 2024                           Respectfully submitted,

                                               By: /s/ Ana M. Barton_____
                                               Ana M. Barton (Florida Bar No. 85721)

– 3 –

REED SMITH LLP
200 South Biscayne Boulevard, Suite 2600
Miami, Florida, 33131
+1 (786) 747-0200
+1 (786) 747-0299 facsimile
abarton@reedsmith.com

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80395-RLR-BER

DR. JEFFREY ISAACS,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

## CERTIFICATION OF ERIKA H. WARREN

Erika H. Warren, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California, the Supreme Court of the United States, and the United States District Court for the Northern District of California, Eastern District of Texas and Western District of Texas; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Date:  August 1, 2024

                                                                           
Erika H. Warren
California State Bar No. 295570
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
erika@warrenkashwarren.com

*Counsel for Defendant Google LLC*