**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 9:24-cv-80395-RLR-BER**

DR. JEFFREY ISAACS,

   Plaintiff,

v.

GOOGLE LLC,

   Defendant.

---

**DEFENDANT GOOGLE LLC'S RULE 7.1 CORPORATE DISCLOSURE**
**STATEMENT AND NOTICE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google LLC discloses that Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% ownership of Alphabet Inc.'s stock.

In addition, the following is a complete list of any and all persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to Google LLC:

    a)    Dr. Jeffrey Isaacs

    b)    Greenflight Venture Corporation

    c)    Google LLC

    d)    XXVI Holdings Inc., holding company of Google LLC

    e)    Alphabet Inc., holding company of XXVI Holdings Inc.

Date: August 5, 2024

Respectfully submitted,

/s/ Edward M. Mullins_____
Edward M. Mullins (Florida Bar No. 863920)
Ana M. Barton (Florida Bar No. 85721)
REED SMITH LLP
200 South Biscayne Boulevard, Suite 2600
Miami, Florida, 33131
+1 (786) 747-0200
+1 (786) 747-0299 facsimile
emullins@reedsmith.com
abarton@reedsmith.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-80395@cases.warrenlex.com

*Attorneys for Defendant Google LLC*