UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 24-cv-80395-RLR

GREENFLIGHT VENTURE CORPORATION,

        Plaintiffs,

v.

GOOGLE LLC

        Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of KEITH MATHEWS, ESQ. of the law firm of American Wealth Protection PLLC, 1000 Elm Street, Suite 800, Manchester, NH 03105, Ph. 603-662-8100, for purposes of appearance as co-counsel on behalf of GREENFLIGHT VENTURE CORPORATION in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit KEITH MATHEWS, ESQ. to receive electronic filings in this case, and in support thereof states as follows:

    1.    KEITH MATHEWS, ESQ is not admitted to practice in the Southern District of Florida and is a member in good standing of the NEW HAMPSHIRE BAR, Bar No. 20997

    2.    Movant, AYELET FAERMAN, Esquire, of the law firm of FAERMAN LAW, PA 3859 NW 124th Ave Coral Springs, FL 33065, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to

electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, KEITH MATHEWS, ESQ has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. KEITH MATHEWS, ESQ by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to KEITH MATHEWS, ESQ at email address: keith@awplegal.com.

WHEREFORE, AYELET FAERMAN, ESQ moves this Court to enter an Order KEITH MATHEWS, to appear before this Court on behalf of GREENFLIGHT VENTURE CORPORATION, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to KEITH MATHEWS, ESQ.

Date: August 15, 2024                Respectfully submitted,

/s/ Ayelet Faerman, Esq.
Ayelet Faerman, Esq.
FL BAR No. 102605
ayelet@faerman.law
Faerman Law, PA
3859 NW 124th Ave
Coral Springs, FL 33065
Ph. 954-271-8484
Attorneys for GREENFLIGHT VENTURE CORPORATION