UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 24-cv-80395-RLR

GREENFLIGHT VENTURE CORPORATION,

        Plaintiffs,

v.

GOOGLE LLC

        Defendant.
_____/

**<u>CERTIFICATION OF KEITH MATHEWS, ESQ</u>**

    KEITH MATHEWS, ESQ, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of NEW HAMPHSIRE BAR, Bar No. 20997 and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                /s/ Keith Mathews
                                Keith Mathews
                                Attorney for Plaintiff
                                *Pro Hac Vice*
                                NH Bar No. 20997
                                American Wealth Protection
                                Manchester, NH 03105
                                Ph. 603-622-8100
                                keith@awplegal.com