**Exhibit 1**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 9:24-cv-80395-RLR-BER**

GREENFLIGHT VENTURE CORPORATION

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

---

**PROPOSED SCHEDULING ORDER**

Pursuant to the joint request of Plaintiff, GREENFLIGHT VENTURE CORPORATION

(the "Plaintiff"), and Defendant GOOGLE LLC (the "Defendant") (collectively, the "Parties"),

IT IS HEREBY ORDERED that this case shall proceed along the following schedule:

1.      Pursuant to Local Rule 16.1(A), this case shall be assigned to the Complex Case

Management Track, with the parties expecting trial to take 10-14 days and propose the following

schedule:

| Event | Agreed Deadline | Plaintiff's Proposal | Defendant's Proposal |
|---|---|---|---|
| Discovery Begins | | Discovery began on August 12, when a prior party correctly served discovery per completion of the 26(f) conference.  At a minimum, discovery begins immediately. | Discovery opened with the conference between Greenflight and Google on August 20; Isaacs' previous *pro se* discovery is moot and Google need not respond |
| The Parties shall file their initial disclosure under Federal Rule of Civil Procedure 26(a)(1) | | October 28, 2024 | September 24, 2024 |
| The Parties shall designate a mediator and schedule a time, date, and place for mediation | September 24, 2024 | | |
| Plaintiff shall serve preliminary infringement contentions | | February 15, 2025 | October 24, 2024 |
| Any additional parties shall be added by, or amendments to the pleadings shall be made by, or motion filed by | | January 7, 2025 | November 7, 2024 |
| Defendant shall serve preliminary invalidity contentions | | February 22, 2025 | December 19, 2024 |
| The Parties shall exchange proposed claim terms for construction | | March 1, 2025 | January 9, 2025 |
| The Parties shall exchange proposed claim constructions | | March 1, 2025 | January 16, 2025 |
| Defendant shall file its opening claim construction brief | | March 15, 2025 | January 30, 2025 |

| Event | Agreed Deadline | Plaintiff's Proposal | Defendant's Proposal |
|---|---|---|---|
| Plaintiff shall file its responsive claim construction brief | | March 29, 2025 | February 13, 2025 |
| Defendant shall file its reply claim construction brief | | April 6, 2025 | February 27, 2025 |
| Any motions for class certification shall be filed | March 6, 2025 | | |
| Any response to motions for class certification shall be filed | March 27, 2025 | | |
| A *Markman* hearing will be held | | May 1, 2025 | April 3, 2025 |
| Any reply to motions for class certification shall be filed | April 10, 2025 | | |
| Fact discovery shall be completed | June 6, 2025 | | |
| Any non-expert discovery motions shall be filed | June 13, 2025 | | |
| The Parties shall identify experts and serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) | June 27, 2025 | | |
| Each party shall identify rebuttal experts, and serve rebuttal expert reports for the same | July 31, 2025 | | |
| Expert discovery, including no more than one deposition per expert, absent Court order of the Parties' agreement, shall be completed | August 21, 2025 | | |

| Event | Agreed Deadline | Plaintiff's Proposal | Defendant's Proposal |
|---|---|---|---|
| Mediation shall occur by | November 20, 2025 | | |
| Dispositive motions (including summary judgment motions but excluding motions affecting the conduct of trial) may be filed at any time but shall be filed by this date. All responses to such motions shall be filed within two weeks of service of the initial motion.  All replies shall be filed within seven days of service of any responses. | October 9, 2025 | | |
| Motions in limine shall be filed by this date.  All responses to such motions shall be filed within two weeks of service of the initial motion.  All replies shall be filed within seven days of service of any responses. | | | |
| Trial | February 16, 2026 | | |

2.      Pretrial conference and trial dates will be scheduled at the convenience of the

Court; however, the Parties submit that this case will be ready for trial any time after February

16, 2026.

3.      The pretrial conference shall be held on _____.

ORDERED THIS DATE:

Dated: _____                    _____

                                                            Judge Robin L. Rosenberg