**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 9:24-cv-80395-RLR-BER**


GREENFLIGHT VENTURE CORPORATION

                                        Plaintiff,

v.

GOOGLE LLC,

                                        Defendant.

_____

**MOTION TO APPEAR PRO HAC VICE,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Aaron P. Maurer of the law firm of Williams & Connolly LLP 680 Maine Avenue SW Washington, DC 20024 (202) 434-5000, for purposes of appearance as co-counsel on behalf of Defendant Google LLC, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Aaron P. Maurer to receive electronic filings in this case, and in support thereof states as follows:

1.          Aaron P. Maurer is not admitted to practice in the Southern District of Florida and is a member in good standing of the North Carolina State Bar (No. 26520), the District of Columbia Bar (No. 476640), the United States Supreme Court, the United States Court of Appeals for the

Federal Circuit, the United States District Court for the District of Columbia, and the United States District Court for the District of Maryland.

2.      Movant, Sujey Herrera, Esquire, of the law firm of Reed Smith LLC, 200 S. Biscayne Blvd. Ste 2600 Miami, FL 33131 (786) 747.0200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Aaron P. Maurer has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      Aaron P. Maurer by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Aaron Maurer at email address: AMaurer@wc.com

WHEREFORE, Sujey Herrera, moves this Court to enter an Order permitting Aaron Maurer, to appear before this Court on behalf of Defendant Google LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Aaron P. Maurer.

Date:  September 4th, 2024                    Respectfully submitted,

                                             /s/ Sujey Herrera_____

Edward M. Mullins (Florida Bar No. 863920)
Sujey Herrera (Florida Bar No. 92445)
REED SMITH LLP
200 South Biscayne Boulevard, Suite 2600
Miami, Florida, 33131
+1 (786) 747-0200
+1 (786) 747-0299 facsimile
emullins@reedsmith.com
sherrera@reedsmith.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-80395@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 9:24-cv-80395-RLR-BER**

GREENFLIGHT VENTURE CORPORATION,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

_____

<u>**CERTIFICATION OF AARON P. MAURER**</u>

    Aaron P. Maurer, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the

Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have

studied the Local Rules of the United States District Court for the Southern District of Florida;

(2) I am a member in good standing of the North Carolina State Bar (No. 26520), the District of

Columbia Bar (No. 476640), the United States Supreme Court, the United States Court of

Appeals for the Federal Circuit, the United States District Court for the District of Columbia, and

the United States District Court for the District of Maryland; and (3) I have not filed more than

three pro hac vice motions in different cases in this District within the last 365 days.

Date:   September 4, 2024

/s/ Aaron P. Maurer

Aaron P. Maurer
Washington DC Bar No. 476640
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
AMaurer@wc.com
*Counsel for Defendant Google LLC*