# EXHIBIT 4

Ayelet Faerman, Esq.
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law

Keith Mathews
Attorney for Plaintiff
*Pro Hac Vice*
American Wealth Protection
Manchester, NH 03105
Ph. 603-622-8100
keith@awplegal.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GREENFLIGHT VENTURE CORPORATION<br>  *on behalf of themselves*<br>  *and all others similarly situated*<br><br>                Plaintiff,<br><br>vs.<br><br>GOOGLE LLC<br><br>                Defendant. | Case No. **24-cv-80395-RLR**<br><br>**NOTICE OF DEPOSITION**<br><br>DATE:   September 26, 2024<br>TIME:   10:00AM<br>PLACE: West Palm Beach Marriott<br><br>DISCOVERY |

## NOTICE OF DEPOSITION OF GOOGLE LLC PURSUANT TO RULE 30(b)(6)

To: Google LLC Counsel of Record

Date: August 20, 2024

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition of GOOGLE LLC will be taken before a person authorized by law to administer oaths at the time, date, and place set forth below. The deposition will be recorded by audiovisual means as well as stenographically. Google may appoint any administrative employee to represent the entity at deposition.

Date: **September 26, 2024**

Time: **10:00 AM**

Location: **West Palm Beach Marriott**

Address: **1001 Okeechobee Boulevard, West Palm Beach, Florida 33401**

The deposition is being taken for the purpose of discovery, for use as evidence in this action or for any other purpose permitted under the Federal Rules of Civil Procedure.

The deposition will continue until completed. Any changes to the schedule or location will be communicated to all parties of record.

Matters for examination include topics relevant to the Amended Complaint, and any responsive documents to outstanding discovery requests issued to Google LLC. Failure to designate and produce the requested person(s) for deposition may result in sanctions by the Court, including but not limited to the exclusion of evidence, the imposition of monetary sanctions, or other appropriate relief.

Please govern yourselves accordingly.

Respectfully submitted on this 20th day of August 2024.

/s/ Ayelet Faerman
Ayelet Faerman, Esq.
FL Bar No. 102605
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Deposition has been served on this 20th day of August, 2024, to all parties of record, including GOOGLE LLC counsel of record, via electronic mail as per the Federal Rules of Civil Procedure and Local Court Rules.

/s/ Ayelet Faerman
Ayelet Faerman, Esq.
FL Bar No. 102605
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law