IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GREENFLIGHT VENTURE CORPORATION<br>　*on behalf of themselves*<br>　*and all others similarly situated*<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>GOOGLE LLC<br><br>　　　　　　　　　　Defendant. | Case No. **24-cv-80395-RLR**<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY** |

[PROPOSED]

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**

THIS CAUSE came before the Court upon Plaintiff Greenflight Venture Corporation's Motion for Leave to File Sur-Reply ("Motion"). The Court, having reviewed the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiff may file a sur-reply, within 3 days of the date of this Order.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this ____ day of October, 2024.

_____
The Honorable Robin Rosenberg
United States District Judge