UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

GREENFLIGHT VENTURE CORPORATION
*on behalf of themselves
and all others similarly situated*

          Plaintiff,

vs.

GOOGLE LLC

          Defendant.

CASE NO. 24-cv-80395-RLR

## NOTICE OF STRIKING

Comes now, the Plaintiff, on behalf of the undersigned counsel and files this NOTICE OF STRIKING Doc 49, "Plaintiff's REPLY to Response to Motion re [42] MOTION to Stay Discovery Pending Ruling on Dispositive Motion to Dismiss First Amended Complaint (DE 41) Sur-Reply."

DATED this 7th day of October, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/Ayelet Faerman | /s/ Keith Mathews |
| AYELET FAERMAN, ESQ. | Keith Mathews |
| FBN: 102605 | Attorney for Plaintiff |
| Faerman Law, P.A. | *Pro Hac Vice* |
| 3859 NW 124th Ave | NH Bar No. 20997 |
| Coral Springs, FL 33065 | American Wealth Protection |
| Tel: (954) 271-8484 | Manchester, NH 03105 |
| F ax: (954) 271-8474 | Ph. 603-622-8100 |
| ayelet@faerman.law | keith@awplegal.com |

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Notice of Deposition has been served on this 7th day of October, 2024, to all parties of record via electronic mail as per the Federal Rules of Civil Procedure and Local Court Rules.

| | |
|---|---|
| /s/Ayelet Faerman | /s/ Keith Mathews |
| AYELET FAERMAN, ESQ. | Keith Mathews |
| FBN: 102605 | Attorney for Plaintiff |
| Faerman Law, P.A. | *Pro Hac Vice* |
| 3859 NW 124th Ave | NH Bar No. 20997 |
| Coral Springs, FL 33065 | American Wealth Protection |
| Tel: (954) 271-8484 | Manchester, NH 03105 |
| Fax: (954) 271-8474 | Ph. 603-622-8100 |
| ayelet@faerman.law | keith@awplegal.com |