Ayelet Faerman, Esq.
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GREENFLIGHT VENTURE CORPORATION<br>   *on behalf of themselves*<br>   *and all others similarly situated*<br><br>                    Plaintiff,<br><br>vs.<br><br>GOOGLE LLC<br><br>                    Defendant. | Case No. **24-cv-80395-RLR**<br><br>**PLAINTIFF'S NOTICE OF FILING PROPOSED SECOND AMENDED COMPLAINT** |

## PLAINTIFF'S NOTICE OF FILING
## PROPOSED SECOND AMENDED COMPLAINT & NOTICE OF DISMISSAL

Plaintiff, Greenflight Venture Corporation ("Greenflight"), by and through undersigned counsel, respectfully files a proposed Second Amended Complaint("SAC"), pursuant to the Court's docket order (DE 53), that such filing shall occur by today's date.

The SAC is limited to Sherman Act and California UCL claims.

Notice is hereby provided that the FAC's FDUTPA and patent infringement claims have been dismissed without prejudice from this lawsuit, pursuant to FRCP 41(a).

DATED this 9th day of DECEMBER, 2024.

Respectfully submitted,

/s/Ayelet Faerman
AYELET FAERMAN, ESQ.
FBN: 102605
Faerman Law, P.A.
3859 NW 124th Ave
Coral Springs, FL 33065
Tel: (954) 271-8484
F ax: (954) 271-8474
ayelet@faerman.law

/s/ Keith Mathews
Keith Mathews
Attorney for Plaintiff
*Pro Hac Vice*
NH Bar No. 20997
American Wealth Protection
Manchester, NH 03105
Ph. 603-622-8100
keith@awplegal.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served on this 9th day of DECEMBER 2024, to all parties of record via the CM/ECF filing system as per the Federal Rules of Civil Procedure and Local Court Rules.

| | |
|---|---|
| /s/Ayelet Faerman | /s/ Keith Mathews |
| AYELET FAERMAN, ESQ. | Keith Mathews |
| FBN: 102605 | Attorney for Plaintiff |
| Faerman Law, P.A. | *Pro Hac Vice* |
| 3859 NW 124th Ave | NH Bar No. 20997 |
| Coral Springs, FL 33065 | American Wealth Protection |
| Tel: (954) 271-8484 | Manchester, NH 03105 |
| F ax: (954) 271-8474 | Ph. 603-622-8100 |
| ayelet@faerman.law | keith@awplegal.com |