```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Erika H. Warren (erika@warrenkashwarren.com), Sujey Scarlett Herrera
(bhernandez@reedsmith.com, docampo@reedsmith.com, docketingecf@reedsmith.com, latasha-
cardona-4703@ecf.pacerpro.com, sherrera@reedsmith.com, sujey-herrera-9348@ecf.pacerpro.com),
Keith A Mathews (keith@awplegal.com), Ana Maria Barton (5126@ecf.pacerpro.com,
abarton@reedsmith.com, ana-barton-0901@ecf.pacerpro.com, docampo@reedsmith.com,
jlago@reedsmith.com, rsalldocketing-gsp@reedsmith.com), Ayelet Gaito Faerman
(ayelet@faerman.law), Aaron P. Maurer (amaurer@wc.com), Kenneth Smurzynski
(ksmurzynski@wc.com), Edward Maurice Mullins (docampo@reedsmith.com,
docketingecf@reedsmith.com, edward-mullins-2180@ecf.pacerpro.com, emullins@reedsmith.com,
jlago@reedsmith.com, lcardona@reedsmith.com), Madeline A. Woodall
(madeline@warrenkashwarren.com), Matthew S. Warren (matt@warrenkashwarren.com), Jeff Isaacs
(jeffreydi@gmail.com), Judge Robin L. Rosenberg (rosenberg@flsd.uscourts.gov), Magistrate
Judge Bruce E. Reinhart (ber-nef@flsd.uscourts.gov)
--Non Case Participants: AUSA (caseview.ecf@usdoj.gov, e.j.yera@usdoj.gov)
--No Notice Sent:

Message-Id:<25210672@flsd.uscourts.gov>
Subject:Activity in Case 9:24-cv-80395-RLR Isaacs v. Google LLC Order
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 2/14/2025 at 2:06 PM EST and filed on 2/14/2025
**Case Name:**   Isaacs v. Google LLC
**Case Number:**   9:24-cv-80395-RLR
**Filer:**
**WARNING: CASE CLOSED on 07/02/2024**
**Document Number:** 69(No document attached)

**Docket Text:**
**PAPERLESS ORDER. Upon review of the filing at docket entry 68 and pursuant to the Court's order to show cause at docket entry 65, the Court dismisses pro se Plaintiff Jeffrey Isaacs's claims for the same reasons the Court previously dismissed the (identical) claims brought by Plaintiff Greenflight. This case is hereby closed. Signed by Judge Robin L. Rosenberg (bkd)**


**9:24-cv-80395-RLR Notice has been electronically mailed to:**

Aaron P. Maurer     amaurer@wc.com

Ana Maria Barton     abarton@reedsmith.com, 5126@ecf.pacerpro.com, ana-barton-0901@ecf.pacerpro.com, docampo@reedsmith.com, jlago@reedsmith.com, rsalldocketing-gsp@reedsmith.com

Ayelet Gaito Faerman     ayelet@faerman.law

Edward Maurice Mullins     emullins@reedsmith.com, docampo@reedsmith.com, docketingecf@reedsmith.com, edward-mullins-2180@ecf.pacerpro.com, jlago@reedsmith.com, lcardona@reedsmith.com

Erika H. Warren     erika@warrenkashwarren.com

Keith A Mathews     keith@awplegal.com

Kenneth Smurzynski     ksmurzynski@wc.com

Madeline A. Woodall     madeline@warrenkashwarren.com

Matthew S. Warren     matt@warrenkashwarren.com

Sujey Scarlett Herrera     sherrera@reedsmith.com, bhernandez@reedsmith.com, docampo@reedsmith.com, docketingecf@reedsmith.com, latasha-cardona-4703@ecf.pacerpro.com, sujey-herrera-9348@ecf.pacerpro.com

**9:24-cv-80395-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**