## [PROPOSED] ORDER GRANTING PLAINTIFF'S RULE 59(e) MOTION TO ALTER OR AMEND JUDGMENT

THIS CAUSE came before the Court on Plaintiff Jeffrey Isaacs' Motion to Alter or Amend Judgment pursuant to Rule 59(e). Having reviewed the Motion, response, reply (if any), pertinent portions of the record, and being otherwise duly advised, it is hereby

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ___ day of August, 2025.

_____

The Honorable Robin Rosenberg

United States District Judge

## CERTIFICATE OF SERVICE

I certify that on August 7, 2025 I mailed the foregoing Motion and all attachments to the Clerk of Court by FedEx Priority Overnight and e-mailed a courtesy PDF to Defendant's counsel of record via their CM/ECF-registered addresses.

*Jeffrey Isaacs* (Plaintiff, pro se)

11482 Key Deer Circle
Wellington, FL 33449
jeffreydi@gmail.com
(212) 257-0737