# U.S. District Court
# California Northern District (San Jose)
# CIVIL DOCKET FOR CASE #: 5:24-cv-06101-SVK

Yelp Inc. v. Google LLC
Assigned to: Magistrate Judge Susan van Keulen
Cause: 15:2 Antitrust Litigation

Date Filed: 08/28/2024
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Yelp Inc.**              represented by     **Sathya S Gosselin**
Hausfeld
1200 17th Street, NW
Suite 600
Washington, DC 20036
202-540-7200
Fax: 202-540-7201
Email: sgosselin@hausfeldllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Daire**
Yelp, Inc.
350 Mission Street, 10th Floor
San Francisco, CA 94105
(415) 289-9170
Email: jdaire@yelp.com
*ATTORNEY TO BE NOTICED*

**Joanne Bui**
Hausfeld LLP
580 California Street
Ste 12th Floor
San Francisco, CA 94111
415-633-1908
Email: jbui@hausfeld.com
*ATTORNEY TO BE NOTICED*

**Renner Kincaid Walker**
Hausfeld LLP
New York
33 Whitehall St.
Ste 14th Fl.

New York
New York, NY 10004
646-357-1100
Fax: 212-202-4322
Email: rwalker@hausfeld.com
*ATTORNEY TO BE NOTICED*

**Swathi Bojedla**
Hausfeld LLP
Hausfeld LLP
1200 17th Street, NW
Ste 600
Washington, DC 20036
202-540-7200
Fax: 202-540-7201
Email: sbojedla@hausfeldllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

Google LLC       represented by   **John Edward Schmidtlein**
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
202-434-5000
Email: jschmidtlein@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amit Quint Gressel**
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
415-947-2087
Email: agressel@wsgr.com
*ATTORNEY TO BE NOTICED*

**Benjamin M. Greenblum**
Williams and Connolly LLP
680 Maine Avenue, SW
Washington, DC 20005
(202) 434-5000
Email: bgreenblum@wc.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Franklin M Rubinstein**
Wilson Sonsini Goodrich & Rosati
1700 K Street, NW
5th Floor
Washington, DC 20006
202-973-8833
Fax: 202-973-8899
Email: frubinstein@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2024 | 1 | COMPLAINT with Demand for Jury Trial against Google LLC ( Filing fee $ 405, receipt number ACANDC-19785724.). Filed by Yelp Inc.. (Attachments: # 1 Civil Cover Sheet)(Gosselin, Sathya) (Filed on 8/28/2024) Modified on 8/29/2024 (kmm2, COURT STAFF). (Entered: 08/28/2024) |
| 08/28/2024 | 2 | Certificate of Interested Entities by Yelp Inc. identifying Other Affiliate BlackRock, Inc, Other Affiliate The Vanguard Group, Inc for Yelp Inc.. (Gosselin, Sathya) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 3 | Proposed Summons. (Gosselin, Sathya) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | | Electronic filing error. Electronic Filing Error. Venue is missing and or unmarked on Civil Cover sheet. Please e-file an Amended Civil Cover Sheet only. Re: 1 Complaint filed by Yelp Inc. (kxo, COURT STAFF) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 4 | Civil Cover Sheet by Yelp Inc. . (Gosselin, Sathya) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/29/2024 | 5 | Case assigned to Magistrate Judge Susan van Keulen.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 9/12/2024. (kxo, COURT STAFF) (Filed on 8/29/2024) (Entered: 08/29/2024) |
| 08/29/2024 | 6 | NOTICE of Appearance filed by Joanne Bui on behalf of Yelp Inc. (Bui, Joanne) (Filed on 8/29/2024) (Entered: 08/29/2024) |

| | | |
|---|---|---|
| 08/29/2024 | 7 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-19789492.) filed by Yelp Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing - DC)(Bojedla, Swathi) (Filed on 8/29/2024) (Entered: 08/29/2024) |
| 08/29/2024 | 8 | Summons Issued as to Google LLC. (kmm2, COURT STAFF) (Filed on 8/29/2024) (Entered: 08/29/2024) |
| 08/29/2024 | 9 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 11/19/2024. Initial Case Management Conference set for 11/26/2024, 09:30 AM in San Jose - via Zoom. (kmm2, COURT STAFF) (Filed on 8/29/2024) (Entered: 08/29/2024)** |
| 08/29/2024 | 10 | **ORDER Granting 7 Application for Admission of Attorney Pro Hac Vice. Signed by Judge Susan van Keulen on August 29, 2024. (svklc2, COURT STAFF) (Filed on 8/29/2024) (Entered: 08/29/2024)** |
| 08/30/2024 | 11 | NOTICE of Appearance filed by Renner Kincaid Walker on behalf of Yelp Inc. (Walker, Renner) (Filed on 8/30/2024) (Entered: 08/30/2024) |
| 09/12/2024 | 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Yelp Inc... (Gosselin, Sathya) (Filed on 9/12/2024) (Entered: 09/12/2024) |
| 09/17/2024 | 13 | NOTICE of Appearance filed by John Edward Schmidtlein on behalf of Google LLC (Schmidtlein, John) (Filed on 9/17/2024) (Entered: 09/17/2024) |
| 09/17/2024 | 14 | Certificate of Interested Entities by Google LLC identifying Corporate Parent XXVI Holdings Inc. - Holding Company of Google LLC, Corporate Parent Alphabet Inc. - Holding Company of XXVI Holdings Inc. for Google LLC. (Schmidtlein, John) (Filed on 9/17/2024) (Entered: 09/17/2024) |
| 09/17/2024 | 15 | STIPULATION *Regarding Defendant's Deadline To Respond to the Complaint* filed by Google LLC. (Schmidtlein, John) (Filed on 9/17/2024) (Entered: 09/17/2024) |
| 09/17/2024 | 16 | **ORDER by Judge Susan van Keulen on September 17, 2024. Dkt. 15 is approved. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (svklc2, COURT STAFF) (Filed on 9/17/2024) (Entered: 09/17/2024)** |
| 09/18/2024 | 17 | NOTICE of Appearance filed by Amit Quint Gressel on behalf of Google LLC (Gressel, Amit) (Filed on 9/18/2024) (Entered: 09/18/2024) |
| 09/18/2024 | 18 | CLERK'S NOTICE Re: Consent or Declination: Defendant(s) shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. (Party/parties were also notified via telephone or email.)<br>Consent/Declination due by 10/2/2024.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jhf, COURT STAFF) (Filed on 9/18/2024) (Entered: 09/18/2024) |
| | | |

| | | |
|---|---|---|
| 09/18/2024 | 19 | MOTION for leave to appear in Pro Hac Vice *for Defendant Google LLC* ( Filing fee $ 328, receipt number ACANDC-19859132.) filed by Google LLC. (Rubinstein, Franklin) (Filed on 9/18/2024) (Entered: 09/18/2024) |
| 09/18/2024 | 20 | **ORDER Granting 19 Application for Admission of Attorney Pro Hac Vice. Signed by Judge Susan van Keulen on September 18, 2024. (svklc2, COURT STAFF) (Filed on 9/18/2024) (Entered: 09/18/2024)** |
| 09/20/2024 | 21 | SUMMONS Returned Executed by Yelp Inc.. Google LLC served on 9/4/2024. *Answer due 10/28/24* (Gosselin, Sathya) (Filed on 9/20/2024) (Entered: 09/20/2024) |
| 10/02/2024 | 22 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Google LLC.. (Schmidtlein, John) (Filed on 10/2/2024) (Entered: 10/02/2024) |
| 10/02/2024 | 23 | **CLERK'S NOTICE CONTINUING 11/26/24 INITIAL CASE MANAGEMENT CONFERENCE.**<br>Initial Case Management Conference set for 11/26/2024 is continued to 12/10/2024 09:30 AM in San Jose, - Videoconference Only. This proceeding will be held via a Zoom webinar.<br>Case Management Statement due by 12/3/2024.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/svk<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names must be sent to the CRD at SVKcrd@cand.uscourts.gov no later than December 9, 2024 at 12:00 PM PST.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*(jhf, COURT STAFF) (Filed on 10/2/2024) (Entered: 10/02/2024) |
| 10/28/2024 | 24 | MOTION to Dismiss Complaint filed by Google LLC. Motion to Dismiss Hearing set for 12/17/2024 10:00 AM in San Jose, Courtroom 6, 4th Floor. Responses due by 11/12/2024. Replies due by 11/19/2024. (Attachments: # 1 Proposed Order, # 2 Declaration of John E. Schmidtlein, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(Schmidtlein, John) (Filed on 10/28/2024) Modified on 10/29/2024 (kmm2, COURT STAFF). (Entered: 10/28/2024) |
| 10/28/2024 | 25 | Request for Consideration of Documents Incorporated by Reference and Request for Judicial Notice in Support of 24 MOTION to Dismiss *Complaint* filed byGoogle LLC. (Related document(s) 24 ) (Schmidtlein, John) (Filed on 10/28/2024) Modified on 10/29/2024 (kmm2, COURT STAFF). (Entered: 10/28/2024) |

| | | |
|---|---|---|
| 11/05/2024 | 26 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Schmidtlein, John) (Filed on 11/5/2024) (Entered: 11/05/2024) |
| 11/05/2024 | 27 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Gosselin, Sathya) (Filed on 11/5/2024) (Entered: 11/05/2024) |
| 11/08/2024 | 28 | STIPULATION WITH PROPOSED ORDER *Regarding Extension of Reply Deadline* filed by Google LLC. (Attachments: # 1 Declaration of John E. Schmidtlein) (Schmidtlein, John) (Filed on 11/8/2024) (Entered: 11/08/2024) |
| 11/12/2024 | 29 | **ORDER Granting 28 Stipulation for Extension. Signed by Judge Susan van Keulen on November 12, 2024. (svklc2, COURT STAFF) (Filed on 11/12/2024) (Entered: 11/12/2024)** |
| 11/12/2024 | 30 | OPPOSITION/RESPONSE (re 24 MOTION to Dismiss Complaint ) filed byYelp Inc.. (Gosselin, Sathya) (Filed on 11/12/2024) Modified on 11/14/2024 (kmm2, COURT STAFF). (Entered: 11/12/2024) |
| 11/12/2024 | 31 | RESPONSE re 25 Request for Judicial Notice, *for Consideration of Documents Incorporated by Reference and for Judicial Notice in Support Of Its Motion to Dismiss Complaint* by Yelp Inc.. (Gosselin, Sathya) (Filed on 11/12/2024) Modified on 11/14/2024 (kmm2, COURT STAFF). (Entered: 11/12/2024) |
| 11/19/2024 | 32 | MOTION for leave to appear in Pro Hac Vice *of Benjamin Greenblum* ( Filing fee $ 328, receipt number ACANDC-20061729.) filed by Google LLC. (Greenblum, Benjamin) (Filed on 11/19/2024) (Entered: 11/19/2024) |
| 11/20/2024 | 33 | **ORDER by Judge Susan van Keulen on November 20, 2024. The 32 application for admission of attorney pro hac vice is denied because the applicant failed to include with the application "a true and correct copy of a certificate of good standing or other similar official document issued by the appropriate authority governing attorney admissions for the relevant bar" as required by Civil Local Rule 11-3(a).** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(svklc2, COURT STAFF) (Filed on 11/20/2024) (Entered: 11/20/2024)** |
| 11/20/2024 | 34 | Amended MOTION for leave to appear in Pro Hac Vice *of Benjamin Greenblum* ( Filing fee $ 328, receipt number ACANDC-20061729.) Filing fee previously paid on 11/19/2024 filed by Google LLC. (Attachments: # 1 Exhibit Certificate of Good Standing)(Greenblum, Benjamin) (Filed on 11/20/2024) (Entered: 11/20/2024) |
| 11/21/2024 | 35 | **ORDER Granting 34 Application for Admission of Attorney Pro Hac Vice. Signed by Judge Susan van Keulen on November 21, 2024. (svklc2, COURT STAFF) (Filed on 11/21/2024) (Entered: 11/21/2024)** |
| 11/22/2024 | 36 | REPLY (re 24 MOTION to Dismiss Complaint ) filed byGoogle LLC. (Schmidtlein, John) (Filed on 11/22/2024) (Entered: 11/22/2024) |
| 11/22/2024 | 37 | Reply in Support of 31 Request for Consideration of Documents Incorporated by Reference and for Judicial Notice in Support of its Motion to Dismiss Complaint by |

| | | |
|---|---|---|
| | | Google LLC. (Schmidtlein, John) (Filed on 11/22/2024) Modified on 11/25/2024 (kmm2, COURT STAFF). (Entered: 11/22/2024) |
| 11/26/2024 | 38 | **CLERK'S NOTICE VACATING 12/10/2024 INITIAL CASE MANAGEMENT CONFERENCE AND 12/17/2024 MOTION TO DISMISS HEARING.** The Initial Case Management Conference set for 12/10/2024 09:30 AM and the Motion to Dismiss 24 Hearing set for 12/17/2024 10:00 AM are VACATED; the Court will reset as necessary.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jhf, COURT STAFF) (Filed on 11/26/2024) (Entered: 11/26/2024) |
| 12/02/2024 | 39 | Joint ADMINISTRATIVE MOTION To Clarify Deadline for Case Management Statement filed by Google LLC. Responses due by 12/6/2024. (Attachments: # 1 Declaration of B. Greenblum, # 2 Proposed Order)(Schmidtlein, John) (Filed on 12/2/2024) (Entered: 12/02/2024) |
| 12/02/2024 | 40 | **ORDER by Judge Susan van Keulen on December 2, 2024. The 39 motion to clarify is granted. The Parties need not file a joint statement on December 3, 2024, as the Court previously vacated the December 10 case-management conference.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (svklc2, COURT STAFF) (Filed on 12/2/2024) (Entered: 12/02/2024) |
| 01/17/2025 | 41 | **ORDER Requesting Supplemental Briefing. Signed by Judge Susan van Keulen on January 17, 2025. (svklc2, COURT STAFF) (Filed on 1/17/2025) (Entered: 01/17/2025)** |
| 02/07/2025 | 42 | Supplemental Brief re 24 MOTION to Dismiss Complaint filed byGoogle LLC. (Related document(s) 24 ) (Schmidtlein, John) (Filed on 2/7/2025) (Entered: 02/07/2025) |
| 02/28/2025 | 43 | Response to 42 Google's Supplemental Brief in Support of 24 MOTION to Dismiss Complaint filed byYelp Inc. (Related document(s) 42 , 24 ) (Gosselin, Sathya) (Filed on 2/28/2025) Modified on 3/3/2025 (kmm2, COURT STAFF). (Entered: 02/28/2025) |
| 03/07/2025 | 44 | Statement *of Recent Decision In Support of Its Opposition to Googles Motion to Dismiss* by Yelp Inc.. (Attachments: # 1 Exhibit A - Gamboa v. Apple - Order)(Gosselin, Sathya) (Filed on 3/7/2025) (Entered: 03/07/2025) |
| 03/14/2025 | 45 | Supplemental REPLY (re 24 MOTION to Dismiss Complaint ) filed byGoogle LLC. (Schmidtlein, John) (Filed on 3/14/2025) Modified on 3/14/2025 (kmm2, COURT STAFF). (Entered: 03/14/2025) |
| 03/27/2025 | 46 | NOTICE of Change of Address by Sathya S Gosselin (Gosselin, Sathya) (Filed on 3/27/2025) (Entered: 03/27/2025) |
| 04/22/2025 | 47 | **ORDER Granting in part and Denying in part 24 Motion to Dismiss. Signed by Judge Susan van Keulen on April 22, 2025. (svklc2, COURT STAFF) (Filed on 4/22/2025) (Entered: 04/22/2025)** |

| | | |
|---|---|---|
| 04/23/2025 | 48 | **ORDER by Judge Susan van Keulen on April 23, 2025. Further to the Court's 47 Order Granting in part and Denying in part Defendant's Motion to Dismiss, if Plaintiff wishes to file an amended complaint, it must do so no later than May 14, 2025.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(svklc2, COURT STAFF) (Filed on 4/23/2025) (Entered: 04/23/2025)** |
| 05/14/2025 | 49 | NOTICE of Appearance filed by James Daire on behalf of Yelp Inc. (Daire, James) (Filed on 5/14/2025) (Entered: 05/14/2025) |
| 05/14/2025 | 50 | AMENDED COMPLAINT (with Jury Demand) against Google LLC. Filed by Yelp Inc. (Attachments: # 1 Declaration of Sathya S. Gosselin, # 2 Exhibit 1 - Redlined Amended Complaint)(Gosselin, Sathya) (Filed on 5/14/2025) Modified on 5/15/2025 (kmm2, COURT STAFF). (Entered: 05/14/2025) |
| 05/23/2025 | 51 | STIPULATION WITH PROPOSED ORDER *Regarding Case Deadlines* filed by Google LLC. (Attachments: # 1 Declaration of Benjamin M. Greenblum)(Greenblum, Benjamin) (Filed on 5/23/2025) (Entered: 05/23/2025) |
| 05/27/2025 | 52 | **ORDER Granting 51 Stipulation. Signed by Judge Susan van Keulen on May 27, 2025. (svklc2, COURT STAFF) (Filed on 5/27/2025) (Entered: 05/27/2025)** |
| 06/11/2025 | 53 | MOTION to Dismiss *Amended Complaint* filed by Google LLC. Motion to Dismiss Hearing set for 7/29/2025 10:00 AM in San Jose, Courtroom 6, 4th Floor. Responses due by 6/25/2025. Replies due by 7/2/2025. (Attachments: # 1 Proposed Order) (Schmidtlein, John) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/25/2025 | 54 | OPPOSITION/RESPONSE (re 53 MOTION to Dismiss *Amended Complaint* ) filed byYelp Inc.. (Bojedla, Swathi) (Filed on 6/25/2025) (Entered: 06/25/2025) |
| 07/02/2025 | 55 | REPLY (re 53 Partial MOTION to Dismiss Amended Complaint) filed byGoogle LLC. (Schmidtlein, John) (Filed on 7/2/2025) Modified on 7/3/2025 (kmm2, COURT STAFF). (Entered: 07/02/2025) |
| 07/07/2025 | 56 | CLERK'S NOTICE VACATING MOTION TO DISMISS HEARING 53 ; Court will reset hearing if needed.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (aea2, COURT STAFF) (Filed on 7/7/2025) (Entered: 07/07/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/14/2025 22:39:18 | | | |
| **PACER Login:** | jeffreydi | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:24-cv-06101-SVK |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |