UNITED STATES DISTRICT COURT FOR THE<br>
SOUTHERN DISTRICT OF FLORIDA

GREENFLIGHT VENTURE CORPORATION
  *on behalf of themselves
  and all others similarly situated*

　　　　　　　Plaintiff,

vs.

GOOGLE LLC

　　　　　　　Defendant.

CASE NO. 24-cv-80395-KMM

## NOTICE OF STRIKING

Comes now, the Plaintiff, on behalf of the undersigned counsel and files this NOTICE OF STRIKING Doc 79, "Notice of Compliance of Filing Fee - Notice of Appeal". Doc 80 was successfully filed and is the NOTICE OF APPEAL. Fees have been paid for the compliance of the NOTICE OF APPEAL on DOC 79; the only thing being stricken is the lack of a document filed with DOC 79 and subsequently filed with DOC 80.

DATED this 23rd day of JANUARY, 2026.

Respectfully submitted,

| | |
|---|---|
| /s/Ayelet Faerman | /s/ Keith Mathews |
| AYELET FAERMAN, ESQ. | Keith Mathews |
| FBN: 102605 | Attorney for Plaintiff |
| Faerman Law, P.A. | *Pro Hac Vice* |
| 3859 NW 124th Ave | NH Bar No. 20997 |
| Coral Springs, FL 33065 | American Wealth Protection |
| Tel: (954) 271-8484 | Manchester, NH 03105 |
| F ax: (954) 271-8474 | Ph. 603-622-8100 |
| ayelet@faerman.law | keith@awplegal.com |

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing Notice of Deposition has been served on this 23RD day of JANUARY, 2026, to all parties of record via electronic mail as per the Federal Rules of Civil Procedure and Local Court Rules.

| | |
|---|---|
| /s/Ayelet Faerman | /s/ Keith Mathews |
| AYELET FAERMAN, ESQ. | Keith Mathews |
| FBN: 102605 | Attorney for Plaintiff |
| Faerman Law, P.A. | *Pro Hac Vice* |
| 3859 NW 124th Ave | NH Bar No. 20997 |
| Coral Springs, FL 33065 | American Wealth Protection |
| Tel: (954) 271-8484 | Manchester, NH 03105 |
| F ax: (954) 271-8474 | Ph. 603-622-8100 |
| ayelet@faerman.law | keith@awplegal.com |